1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   DAVID J. GALLEGOS
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorney for Defendant
8  JASVIR SINGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-MJ-00200-KJN |
| Plaintiff, | |
| v. | STIPULATION TO CHANGE PLEA |
| JASVIR SINGH, | Date: November 9, 2011 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED between the parties through their respective counsel, David Stevens, Special Assistant United States Attorney, and Linda C. Harter, Chief Assistant Federal Defender, attorney for JASVIR SINGH, and Certified Student Attorney, David J. Gallegos, that the Court vacate the court trial on November 7, 2011 at 9:00 a.m. and set a change of plea hearing for November 9, 2011 at 9:00 a.m.

Dated: November 7, 2011

DANIEL J. BRODERICK
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
JASVIR SINGH

/s/ David J. Gallegos
DAVID J. GALLEGOS
Certified Student Attorney

Dated: November 7, 2011

BENJAMIN B. WAGNER
United States Attorney

/s/ David Stevens
DAVID STEVENS
Special Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: October 25, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE