1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   DAVID J. GALLEGOS
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorney for Defendant
8  JASVIR SINGH

9

10
                  IN THE UNITED STATES DISTRICT COURT
11
                FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
   UNITED STATES OF AMERICA,     ) No. 2:11-MJ-00200-KJN
15                               )
               Plaintiff,        )
16                               ) STIPULATION TO CONTINUE AND
        v.                       ) EXCLUDE TIME
17                               )
   JASVIR SINGH,                 )
18                               ) Date:  November 30, 2011
               Defendant.        ) Time:  9:00 a.m.
19                               ) Judge: Hon. Kendall J. Newman
   _____ )
20

21

22      IT IS HEREBY STIPULATED between the parties through their

23 respective counsel, David Stevens, Special Assistant United States

24 Attorney, and Linda C. Harter, Chief Assistant Federal Defender,

25 attorney for JASVIR SINGH, and Certified Student Attorney, David J.

26 Gallegos, that the Court vacate the Change of Plea Hearing on November

27 9, 2011 at 9:00 a.m. and set the Change of Plea Hearing for November

28 30, 2011 at 9:00 a.m.

| | |
|---|---|
| 1 | This continuance is requested because Mr. Singh is unavailable for the November 9, 2011 Change of Plea Hearing due to his occupation. Mr. Singh works as a truck driver and will not return from Pennsylvania in time for the hearing. The parties further agree that the time should be excluded from the date of this [Proposed] Order until the Change of Plea Hearing which is set for November 30, 2011, pursuant to 18 U.S.C. Section § 3161(h)(3)(A) and Local Code T4 (reasonable time to prepare). The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. Section § 3161(h)(7)(A). |

Dated: November 7, 2011         Respectfully submitted

                                              DANIEL J. BRODERICK
                                              Federal Defender

                                              /s/ Linda C. Harter
                                              LINDA C. HARTER
                                              Chief Assistant Federal Defender
                                              Attorney for Defendant
                                              JASVIR SINGH

                                              /s/ David J. Gallegos
                                              DAVID J. GALLEGOS
                                              Certified Student Attorney

Dated: November 7, 2011         BENJAMIN B. WAGNER
                                              United States Attorney

                                              /s/ David Stevens
                                              DAVID STEVENS
                                              Special Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: November 8, 2011

                                              _____
                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE